**THE WESTON FIRM**
GREGORY S. WESTON (239944)
*greg@westonfirm.com*
1405 Morena Blvd., Suite 201
San Diego, CA 92110
Telephone:     (619) 798-2006
Facsimile:       (619) 343-2789

**Counsel for Plaintiff**

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
1/28/2021

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SABRINA SILVA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GOETZE'S CANDY COMPANY, INC.,<br><br>　　　　　Defendant. | Case No: 4:20-cv-07143-YGR<br>Pleading Type: Class Action<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE CASE WITH PREJUDICE** |

---

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Please take notice that, pursuant to Fed. R. Civ. P. 41(A)(1)(a), Plaintiff Sabrina Silva hereby voluntarily dismisses this action in its entirety with prejudice. No stipulation or order of the Court is required to dismiss this case because the Defendants have not answered nor moved for summary judgment.

DATED: January 22, 2021

Respectfully Submitted,

s/ Gregory S. Weston
**THE WESTON FIRM**
GREGORY S. WESTON
1405 Morena Blvd., Suite 201
San Diego, CA 92110
Telephone:     (619) 798-2006
Facsimile:     (619) 343-2789

**Counsel for Plaintiff**